Omarr MILLETT, Appellant,

v.

STATE of Missouri, Respondent.

No. 70255.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1997.

Richard H. Sindel, Sindel & Sindel, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Omarr Millett, appeals the judgment of the Circuit Court of the County of St. Louis denying his Rule 24.035 motion after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the motion court's findings of fact and conclusions of law are not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the decision of the motion court pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Michael MAXWELL, Appellant.

Michael MAXWELL, Appellant,

v.

STATE of Missouri, Respondent.

No. 66814.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1997.

Judith C. LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Michael Maxwell, appeals the judgment of conviction for delivery of a controlled substance, RSMo § 195.211 (Cum. Supp.1990), entered by the Circuit Court of Ralls County after a jury trial.[1] We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of conviction is supported by sufficient evidence and is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).

---

1. As appellant's brief raises no issues pertaining to the judgment denying his Rule 29.15 motion, his appeal from that judgment is deemed abandoned. *State v. Gaines,* 807 S.W.2d 678 n. 1 (Mo.App. E.D.1991).